**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES FAJFAR, | ) | CASE NO. 1:13-cv-00897 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE GREG WHITE |
| | ) | |
| THE CLEVELAND ELECTRIC | ) | |
| ILLUMINATING COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **JUDGMENT ENTRY** |

Consistent with a Memorandum Opinion and Order of this Court also filed this date,

Defendants' Motion to Dismiss is granted (ECF No. 4) and the case is dismissed with prejudice.

IT IS SO ORDERED.

s/ Greg White
United States Magistrate Judge

Date: August 6, 2013